Seth M. Lehrman (178303)
seth@epllc.com
EDWARDS POTTINGER LLC
425 North Andrews Avenue, Suite 2
Fort Lauderdale, FL 33301
Telephone: 954-524-2820
Facsimile:  954-524-2822

Scott Edelsberg (330990)
scott@edelsberglaw.com
EDELSBERG LAW, PA
20900 NE 30th Ave., Suite 417
Aventura, FL 33180
Telephone: 305-975-3320

Attorneys for Plaintiff
Joanne Bartel

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JOANNE BARTEL, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>P&S VENTURES, LLC D/B/A THE OG COLLECTIVE, a California Limited Liability Company,,<br><br>　　　　Defendant. | CASE NO. 5:20-cv-01184-DSF-KK<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>**Judge Dale S. Fischer** |

　　　Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Joanne Bartel ("Plaintiff") voluntarily dismisses without prejudice the complaint and all claims alleged therein in her individual capacity against P&S Ventures, LLC d/b/a The OG Collective ("Defendant"), and dismisses all class claims alleged against Defendant without prejudice.

Dated: August 4, 2020　　　　　EDWARDS POTTINGER LLC

　　　　　　　　　　　　　　　By */s/ Seth M. Lehrman*
　　　　　　　　　　　　　　　　SETH M. LEHRMAN
　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　Joanne Bartel

## **PROOF OF SERVICE**

Pursuant to L.R. 5-3.1.2, I hereby certify that I am over the age of 18 and not a party to this case. My business address is 425 N. Andrews Ave., Suite 2, Fort Lauderdale, Florida 33301. A true and correct copy of the foregoing document will be served on August 4, 2020, by E-mail and First-Class Mail on the people and/or entities listed below:

Blake C. Alsbrook
balsbrook@ecjlaw.com
ERVIN COHEN & JESSUP LLP
9401 Wilshire Boulevard, 9th Floor
Beverly Hills, CA 90212-2974
Telephone: (310) 281-6349
Facsimile: (310) 859-2325

*Court Receiver for P&S VENTURES, LLC*

By */s/ Seth M. Lehrman*
    SETH M. LEHRMAN

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE